■ In the Matter of VONDAJIA P.G. and Others, Infants. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; SUSAN S.G., Appellant. [916 NYS2d 560]—

Appeal from an order of the Family Court, Erie County (Patricia A. Maxwell, J.), entered February 2, 2010 in a proceeding pursuant to Social Services Law § 384-b. The order terminated respondent's parental rights.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Memorandum: Respondent mother appeals from an order terminating her parental rights with respect to four of her children. Contrary to the contentions of the mother and the Attorney for the Child on behalf of Vondajia P.G., Family Court did not abuse its discretion in refusing to issue a suspended judgment. The record supports the court's determination that a suspended judgment, i.e., "a brief grace period designed to prepare the parent to be reunited with the child[ren]" (*Matter of Michael B.*, 80 NY2d 299, 311 [1992]), was not in the children's best interests (*see generally Matter of Shadazia W.*, 52 AD3d 1330 [2008], *lv denied* 11 NY3d 706 [2008]; *Matter of Da'Nasjeion T.*, 32 AD3d 1242 [2006]). Present—Smith, J.P., Carni, Sconiers, Green and Gorski, JJ.

■ In the Matter of ROBERT E. JONES, Appellant, v THERESA M. LAIRD, Respondent. (Appeal No. 1.) [916 NYS2d 561]—Appeal from an order of the Family Court, Ontario County (William F. Kocher, J.), entered September 1, 2009 in a proceeding pursuant to Family Court Act article 6. The order, among other things, dismissed the petitions with prejudice.

It is hereby ordered that said appeal is unanimously dismissed without costs as moot (*see Matter of Kelly F. v Gregory A.F.*, 34 AD3d 1277 [2006]). Present—Smith, J.P., Carni, Sconiers, Green and Gorski, JJ.